UNITED STATES COURT OF APPEALS
DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**AGENCY DOCKETING STATEMENT**
*Administrative Agency Review Proceedings (To be completed by appellant/petitioner)*

1. CASE NO.: 24-1164
2. DATE DOCKETED: 5/28/2024
3. CASE NAME (lead parties only): Independent Market Monitor for PJM v. Federal Energy Regulatory Commission
4. TYPE OF CASE: ☐ Review  ☒ Appeal  ☐ Enforcement  ☐ Complaint  ☐ Tax Court
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED? ☐ Yes  ☒ No
   If YES, cite statute: ___
6. CASE INFORMATION:
   a. Identify agency whose order is to be reviewed: Federal Energy Regulatory Commission
   b. Give agency docket or order number(s): EL23-50-000, -001
   c. Give date(s) of order(s): 3/1/2024, 4/29/2024
   d. Has a request for rehearing or reconsideration been filed at the agency? ☒ Yes  ☐ No
      If so, when was it filled? 3/29/2024  By whom? Independent Market Monitor for PJM
      Has the agency acted? ☒ Yes  ☐ No  If so, when? 4/29/2024
   e. Identify the basis of appellant's/petitioner's claim of standing. See D.C. Cir. Rule 15(c)(2):
      The IMM performs the market monitoring function for PJM,
      a FERC-approved RTO. 18 CFR § 35.28(g)(3).
   f. Are any other cases involving the same underlying agency order pending in this Court or any other?
      ☐ Yes  ☒ No  If YES, identify case name(s), docket number(s), and court(s)
   g. Are any other cases, to counsel's knowledge, pending before the agency, this Court, another Circuit Court, or the Supreme Court which involve *substantially the same issues* as the instant case presents?
      ☒ Yes  ☐ No  If YES, give case name(s) and number(s) of these cases and identify court/agency:
   h. Have the parties attempted to resolve the issues in this case through arbitration, mediation, or any other alternative for dispute resolution? ☐ Yes  ☒ No  If YES, provide program name and participation dates.

Signature: /s/Jeffrey W. Mayes     Date: 6/27/2024
Name of Counsel for Appellant/Petitioner: Jeffrey W. Mayes
Address: Monitoring Analytics, LLC, 2621 Van Buren Ave., Ste. #160, Eagleville, PA 19403
E-Mail: jeffrey.mayes@monitoringanalytics.com  Phone: ( 610 ) 271-8053  Fax: ( 610 ) 271-8057

**ATTACH A CERTIFICATE OF SERVICE**

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement.

USCA Form 41
August 2009 (REVISED)