## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| Independent Market Monitor for PJM, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 24-1164 |
| | ) | |
| Federal Energy Regulatory Commission, | ) | |
| Respondent | ) | |

## CERTIFIED INDEX TO THE RECORD

Pursuant to the provisions of section 313(b) of the Federal Power Act, 16 U.S.C. § 825*l*(b), the provisions of 28 U.S.C. § 2112, and Rule 17 of the Federal Rules of Appellate Procedure, the Federal Energy Regulatory Commission hereby certifies that the materials listed and described below are: (1) the orders complained of, "Order Denying Complaints," 186 FERC ¶ 61,163, issued March 1, 2024, and "Notice of Denial of Rehearing By Operation of Law," 187 FERC ¶ 62,070, issued April 29, 2024, in *Independent Market Monitor for PJM v. PJM Interconnection, L.L.C.*, FERC Docket No. EL23-50 (decided in conjunction with EL23-45); and (2) the complete record upon which such orders were entered.

| **Record Item No.** | **Description** |
|---|---|
| 1. | Filed By: Public Service Commission of West Virginia<br>Date Filed: 03/08/2023<br>Accession No: 20230308-5167<br>Description: Complaint of Public Service Commission of West Virginia v. PJM Interconnection, L.L.C. under EL23-45. |
| 2. | Filed By: PUBLIC CITIZEN, INC<br>Date Filed: 03/10/2023<br>Accession No: 20230310-5011<br>Description: (doc-less) Motion to Intervene of PUBLIC CITIZEN, INC under EL23-45. |
| 3. | Issued By: SECRETARY OF THE COMMISSION, FERC<br>Date Filed: 03/10/2023<br>Accession No: 20230310-3053<br>Description: Combined Notice of Filings #1, March 10, 2023: This notice contains information concerning multiple filings received by FERC. |
| 4. | Filed By: American Electric Power Service Corporation<br>Date Filed: 03/10/2023<br>Accession No: 20230310-5119<br>Description: (doc-less) Motion to Intervene of American Electric Power Service Corporation under EL23-45. |
| 5. | Filed By: Monitoring Analytics, LLC<br>Date Filed: 03/13/2023<br>Accession No: 20230313-5094<br>Description: (Doc-less) Motion to Intervene of the Independent Market Monitor for PJM under EL23-45. |

| **Record Item No.** | **Description** |
| --- | --- |

6.      Filed By: Calpine Corporation
        Date Filed: 03/13/2023
        Accession No: 20230313-5144
        Description: (doc-less) Motion to Intervene of Calpine Corporation
        under EL23-45.

7.      Filed By: PSEG Companies Public Service Electric and Gas Company
        PSEG Power LLC, PSEG Energy Resources & Trade LL
        Date Filed: 03/14/2023
        Accession No: 20230314-5063
        Description: (Doc-less) Motion to Intervene of PSEG Companies, et.
        al. under EL23-45.

8.      Filed By: Dayton Power and Light Company, The
        Date Filed: 03/14/2023
        Accession No: 20230314-5074
        Description: (Doc-less) Motion to Intervene of The Dayton Power and
        Light Company under EL23-45.

9.      Filed By: Old Dominion Electric Cooperative
        Date Filed: 03/14/2023
        Accession No: 20230314-5089
        Description: (Doc-less) Motion to Intervene of Old Dominion Electric
        Cooperative under EL23-45.

10.     Filed By: Dominion Energy Services, Inc.
        Date Filed: 03/15/2023
        Accession No: 20230315-5053
        Description: (Doc-less) Motion to Intervene of Dominion Energy
        Services, Inc. under EL23-45.

| **Record Item No.** | **Description** |
|---|---|
| 11. | Filed By: PJM Power Providers Group<br>Date Filed: 03/15/2023<br>Accession No: 20230315-5172<br>Description: (doc-less) Out-of-Time Motion to Intervene of the PJM Power Providers Group under EL23-45. Erroneously filed. |
| 12. | Filed By: PJM Power Providers Group<br>Date Filed: 03/16/2023<br>Accession No: 20230316-5119<br>Description: (doc-less) Motion to Intervene of the PJM Power Providers Group under EL23-45. |
| 13. | Filed By: Duquesne Light Company<br>Date Filed: 03/17/2023<br>Accession No: 20230317-5045<br>(Doc-less) Motion to Intervene of Duquesne Light Company under EL23-45. |
| 14. | Filed By: Northern Virginia Electric Cooperative, Inc.<br>Date Filed: 03/17/2023<br>Accession No: 20230317-5027<br>Description: (Doc-less) Motion to Intervene of Northern Virginia Electric Cooperative, Inc. under EL23-45. |
| 15. | Filed By: NRG Power Marketing LLC Direct Energy Business Marketing, LLC Midwest Generation, LLC,<br>Date Filed: 03/20/2023<br>Accession No: 20230320-5051<br>Description: (Doc-less) Motion to Intervene of NRG Power Marketing LLC, et. al. under EL23-45. |

| Record Item No. | Description |
|---|---|

16.     Filed By: PJM Industrial Customer Coalition
        Date Filed: 03/21/2023
        Accession No: 20230321-5051
        Description: (doc-less) Motion to Intervene of PJM Industrial
        Customer Coalition under EL23-45.

17.     Filed By: Electric Power Supply Association
        Date Filed: 03/22/2023
        Accession No: 20230322-5052
        Description: (Doc-less) Motion to Intervene of Electric Power Supply
        Association under EL23-45.

18.     Filed By: Maryland Public Service Commission
        Date Filed: 03/22/2023
        Accession No: 20230322-5016
        Description: Notice of Intervention of Maryland Public Service
        Commission under EL23-45.

19.     Filed By: Enel North America, Inc.
        Date Filed: 03/23/2023
        Accession No: 20230323-5140
        Description: (doc-less) Motion to Intervene of Enel North America,
        Inc. under EL23-45.

20.     Filed By: PPL Electric Utilities Corporation
        Date Filed: 03/23/2023
        Accession No: 20230323-5051
        Description: (Doc-less) Motion to Intervene of PPL Electric Utilities
        Corporation under EL23-45.

| Record Item No. | Description |
|---|---|
| 21. | Filed By: Southern Maryland Electric Cooperative, Inc.<br>Date Filed: 03/24/2023<br>Accession No: 20230324-5232<br>Description: (Doc-less) Motion to Intervene of Southern Maryland Electric Cooperative, Inc. under EL23-45. |
| 22. | Filed By: Public Service Commission of West Virginia<br>Date Filed: 03/24/2023<br>Accession No: 20230324-5263<br>Description: Motion of Public Service Commission of West Virginia to Lodge certain PJM Interconnection L.L.C. stakeholder materials under EL23-45. |
| 23. | Filed By: Constellation Energy Generation, LLC<br>Date Filed: 03/27/2023<br>Accession No: 20230327-5114<br>Description: (doc-less) Motion to Intervene of Constellation Energy Generation, LLC under EL23-45. |
| 24. | Filed By: Public Service Commission of West Virginia<br>Date Filed: 03/27/2023<br>Accession No: 20230327-5252<br>Description: Public Service Commission of West Virginia submits Notice of Withdrawal of Motion to Lodge, Request for Shortened Response Period, etc., under EL23-45. |
| 25. | Filed By: Organization of PJM States, Inc.<br>Date Filed: 03/27/2023<br>Accession No: 20230327-5156<br>Description: Notice of Intervention of Organization of PJM States, Inc. under EL23-45. |

| Record Item No. | Description |
|---|---|

26.     Filed By: Monitoring Analytics, LLC
        Date Filed: 03/27/2023
        Accession No: 20230327-5039
        Description: Complaint of Independent Market Monitor for PJM v.
        PJM Interconnection, L.L.C. under EL23-50.

27.     Issued By: SECRETARY OF THE COMMISSION, FERC
        Date Filed: 03/27/2023
        Accession No: 20230327-3066
        Description: Combined Notice of Filings #1, March 27, 2023: This
        notice contains information concerning multiple filings received by
        FERC.

28.     Filed By: Exelon Corporation
        Date Filed: 03/28/2023
        Accession No: 20230328-5036
        Description: (doc-less) Motion to Intervene of Exelon Corporation
        under EL23-45.

29.     Filed By: PUBLIC CITIZEN, INC
        Date Filed: 03/28/2023
        Accession No: 20230328-5091
        Description: Comments of Public Citizen, Inc under EL23-45.

30.     Filed By: Monitoring Analytics, LLC
        Date Filed: 03/28/2023
        Accession No: 20230328-5241
        Description: Comments of the Independent Market Monitor for PJM
        under EL23-45.

| **Record Item No.** | **Description** |
|---|---|
| 31. | Filed By: PJM Industrial Customer Coalition<br>Date Filed: 03/28/2023<br>Accession No: 20230328-5233<br>Description: Comments of PJM Industrial Customer Coalition in Support of Formal Complaint filed on March 8, 2023 under EL23-45. |
| 32. | Filed By: Maryland Office of People's Counsel<br>Date Filed: 03/28/2023<br>Accession No: 20230328-5191<br>Description: (doc-less) Motion to Intervene of Maryland Office of People's Counsel under EL23-45. |
| 33. | Filed By: PJM Power Providers Group<br>Date Filed: 03/28/2023<br>Accession No: 20230328-5129<br>Description: Comments of PJM Power Providers Group under EL23 45. |
| 34. | Filed By: American Municipal Power, Inc.<br>Date Filed: 03/28/2023<br>Accession No: 20230328-5079<br>Description: (doc-less) Motion to Intervene of American Municipal Power, Inc. under EL23-45. |
| 35. | Filed By: Indicated PJM Transmission Owners<br>Date Filed: 03/28/2023<br>Accession No: 20230328-5213<br>Description: Comments of Indicated PJM Transmission Owners Comments Opposing Complaint filed on March 8, 2023 under EL23 45. |

| **Record Item No.** | **Description** |
| --- | --- |

36.     Filed By: PJM Interconnection, L.L.C.
Date Filed: 03/28/2023
Accession No: 20230328-5212
Description: Answer of PJM Interconnection, L.L.C. to Formal Complaint filed March 8, 2023 under EL23-45.

37.     Filed By: Exelon Corporation
Date Filed: 03/28/2023
Accession No: 20230328-5042
Description: (doc-less) Motion to Intervene of Exelon Corporation under EL23-50.

38.     Filed By: American Clean Power Association
Date Filed: 03/29/2023
Accession No: 20230329-5013
Description: (doc-less) Motion to Intervene of American Clean Power Association under EL23-45.

39.     Filed By: Solar Energy Industries Association
Date Filed: 03/29/2023
Accession No: 20230329-5196
Description: (doc-less) Motion to Intervene of Solar Energy Industries Association under EL23-50.

40.     Filed By: PJM Power Providers Group
Date Filed: 03/29/2023
Accession No: 20230329-5198
Description: (doc-less) Motion to Intervene of PJM Power Providers Group under EL23-50.

| **Record Item No.** | **Description** |
|---|---|

41.      Filed By: PUBLIC CITIZEN, INC
         Date Filed: 03/29/2023
         Accession No: 20230329-5029
         Description: (doc-less) Motion to Intervene of PUBLIC CITIZEN,
         INC under EL23-50.

42.      Filed By: Calpine Corporation
         Date Filed: 03/30/2023
         Accession No: 20230330-5126
         Description: (doc-less) Motion to Intervene of Calpine Corporation
         under EL23-50.

43.      Filed By: PSEG Companies PSEG Energy Resources & Trade
         LLC PSEG Power LLC, Public Service Electric and Gas Company
         Date Filed: 03/30/2023
         Accession No: 20230330-5012
         Description: (doc-less) Motion to Intervene of PSEG Companies, et.
         al. under EL23-50.

44.      Filed By: Dominion Energy Services, Inc.
         Date Filed: 03/30/2023
         Accession No: 20230330-5052
         Description: (doc-less) Motion to Intervene of Dominion Energy
         Services, Inc. under EL23-50.

45.      Filed By: Dayton Power and Light Company, The
         Date Filed: 03/30/2023
         Accession No: 20230330-5066
         Description: (doc-less) Motion to Intervene of The Dayton Power and
         Light Company under EL23-50.

| Record<br>Item No. | Description |
|---|---|
| 46. | Filed By: LS Power Development, LLC<br>Date Filed: 03/31/2023<br>Accession No: 20230331-5461<br>Description: (Doc-less) Out-of-Time Motion to Intervene of LS Power Development, LLC under EL23-45-000. |
| 47. | Filed By: Duquesne Light Company<br>Date Filed: 03/31/2023<br>Accession No: 20230331-5417<br>Description: (Doc-less) Motion to Intervene of Duquesne Light Company under EL23-50. |
| 48. | Filed By: LS Power Development, LLC<br>Date Filed: 03/31/2023<br>Accession No: 20230331-5462<br>Description: (Doc-less) Motion to Intervene of LS Power Development, LLC under EL23-50. |
| 49. | Filed By: Solar Energy Industries Association<br>Date Filed: 04/03/2023<br>Accession No: 20230403-5112<br>Description: (doc-less) Out-of-Time Motion to Intervene of Solar Energy Industries Association under EL23-45. |
| 50. | Filed By: Electric Power Supply Association<br>Date Filed: 04/03/2023<br>Accession No: 20230403-5192<br>Description: (Doc-less) Motion to Intervene of Electric Power Supply Association under EL23-50. |

| Record Item No. | Description |
|---|---|
| 51. | Filed By: American Electric Power Service Corporation<br>Date Filed: 04/03/2023<br>Accession No: 20230403-5249<br>Description: (doc-less) Motion to Intervene of American Electric Power Service Corporation under EL23-50. |
| 52. | Filed By: PPL Electric Utilities Corporation<br>Date Filed: 04/04/2023<br>Accession No: 20230404-5182<br>Description: (doc-less) Motion to Intervene of PPL Electric Utilities Corporation under EL23-50. |
| 53. | Filed By: American Council on Renewable Energy<br>Date Filed: 04/04/2023<br>Accession No: 20230404-5126<br>Description: (Doc-less) Motion to Intervene of American Council on Renewable Energy under EL23-50. |
| 54. | Filed By: Public Service Commission of West Virginia<br>Date Filed: 04/05/2023<br>Accession No: 20230405-5018<br>Description: (doc-less) Motion to Intervene of Public Service Commission of West Virginia under EL23-50. |
| 55. | Filed By: Old Dominion Electric Cooperative<br>Date Filed: 04/05/2023<br>Accession No: 20230405-5085<br>Description: (doc-less) Motion to Intervene of Old Dominion Electric Cooperative under EL23-50. |

| **Record Item No.** | **Description** |
|---|---|
| 56. | Filed By: Enel North America, Inc.<br>Date Filed: 04/05/2023<br>Accession No: 20230405-5155<br>Description: (doc-less) Motion to Intervene of Enel North America, Inc. under EL23-50. |
| 57. | Filed By: Constellation Energy Generation, LLC<br>Date Filed: 04/06/2023<br>Accession No: 20230406-5054<br>Description: (doc-less) Motion to Intervene of Constellation Energy Generation, LLC under EL23-50. |
| 58. | Filed By: The Office of the Ohio Consumers' Counsel<br>Date Filed: 04/06/2023<br>Accession No: 20230406-5150<br>Description: (doc-less) Motion to Intervene of The Office of the Ohio Consumers' Counsel under EL23-50. |
| 59. | Filed By: Advanced Energy United<br>Date Filed: 04/10/2023<br>Accession No: 20230410-5069<br>Description: (Doc-less) Motion to Intervene of Advanced Energy United under EL23-50. |
| 60. | Filed By: PJM Interconnection, L.L.C.<br>Date Filed: 04/12/2023<br>Accession No: 20230412-5168<br>Description: Reply Comments of PJM Interconnection, L.L.C. to Public Citizen, Inc. Comments under EL23-45. |

| Record Item No. | Description |
| --- | --- |

61.     Filed By: Public Service Commission of West Virginia
        Date Filed: 04/12/2023
        Accession No: 20230412-5204
        Description: Motion for Leave to Answer and Answer of Public Service Commission of West Virginia to the March 8, 2023 Answer and Protests by PJM Interconnection, L.L.C. et. al. under EL23-45.

62.     Filed By: PJM Interconnection, L.L.C.
        Date Filed: 04/12/2023
        Accession No: 20230412-5167
        Description: Reply Comments of PJM Interconnection, L.L.C. to the comments filed by Public Citizen, Inc. under EL23-45.

63.     Filed By: American Clean Power Association
        Date Filed: 04/12/2023
        Accession No: 20230412-5004
        Description: (Doc-less) Motion to Intervene of American Clean Power Association under EL23-50.

64.     Filed By: National Hydropower Association
        Date Filed: 04/12/2023
        Accession No: 20230412-5022
        Description: (Doc-less) Motion to Intervene of National Hydropower Association under EL23-50.

65.     Filed By: NUCLEAR ENERGY INSTITUTE
        Date Filed: 04/13/2023
        Accession No: 20230413-5148
        Description: (doc-less) Motion to Intervene of NUCLEAR ENERGY INSTITUTE under EL23-50.

| Record Item No. | Description |
| --- | --- |

66.    Filed By: Energy Trading Institute
Date Filed: 04/13/2023
Accession No: 20230413-5004
Description: (Doc-less) Motion to Intervene of Energy Trading
Institute under EL23-50.

67.    Filed By: Northern Virginia Electric Cooperative, Inc.
Date Filed: 04/13/2023
Accession No: 20230413-5168
Description: (Doc-less) Motion to Intervene of Northern Virginia
Electric Cooperative, Inc. under EL23-50

68.    Filed By: PUBLIC CITIZEN, INC
Date Filed: 04/14/2023
Accession No: 20230414-5060
Description: Motion to Answer and Answer of Public Citizen, Inc. To
PJM's April 12 Reply Comments under EL23-45.

69.    Filed By: PUBLIC CITIZEN, INC
Date Filed: 04/14/2023
Accession No: 20230414-5053
Description: Comments of Public Citizen under EL23-50.

70.    Filed By: The Office of the Ohio Consumers' Counsel
Date Filed: 04/14/2023
Accession No: 20230414-5062
Description: Corrected (doc-less) Motion to Intervene of The Office
of the Ohio Consumers' Counsel under EL23-50.

71.    Filed By: American Municipal Power, Inc.
Date Filed: 04/14/2023
Accession No: 20230414-5097
Description: (Doc-less) Motion to Intervene of American Municipal
Power, Inc. under EL23-50.

| Record Item No. | Description |
|---|---|

72.     Filed By: Delaware Division of the Public Advocate
Date Filed: 04/17/2023
Accession No: 20230417-5198
Description: (doc-less) Motion to Intervene of Delaware Division of the Public Advocate under EL23-50.

73.     Filed By: Organization of PJM States, Inc.
Date Filed: 04/17/2023
Accession No: 20230417-5006
Description: Notice of Intervention and Comments of Organization of PJM States, Inc. under EL23-50.

74.     Filed By: Organization of PJM States, Inc.
Date Filed: 04/17/2023
Accession No: 20230417-5007
Description: Notice of Intervention and Comments of Organization of PJM States, Inc. under EL23-50.

75.     Filed By: Southern Maryland Electric Cooperative, Inc.
Date Filed: 04/17/2023
Accession No: 20230417-5183
Description: (doc-less) Motion to Intervene of Southern Maryland Electric Cooperative, Inc. under EL23-50.

76.     Filed By: Advanced Energy United American Clean Power Association American Council on Renewable Energy, Electric Power Supply Association, National Hydropower Association, The PJM Power Providers Group, Solar Energy Industries Association
Date Filed: 04/17/2023
Accession No: 20230417-5135
Description: Protest of Advanced Energy United, et al. to the March 24, 2023 Complaint filed by the Independent Market Monitor for PJM under EL23-50.

| **Record Item No.** | **Description** |
| --- | --- |

77.   Filed By: PJM Interconnection, L.L.C.
Date Filed: 04/17/2023
Accession No: 20230417-5192
Description: Answer of PJM Interconnection, L.L.C. to the March 27, 2023 Complaint of Independent Market Monitor for PJM under EL23 50.

78.   Filed By: Dominion Energy Services, Inc. Exelon Corporation
The Dayton Power and Light Company, Duquesne Light Company, PPL Electric Utilities Corporation, UGI Utilities, Inc., Energy Trading Institute
Date Filed: 04/17/2023
Accession No: 20230417-5232
Description: Comments of Dominion Energy Services et. al. (Indicated PJM Members) in Opposition to Complaint under EL23 50.

79.   Filed By: New Jersey Division of Rate Counsel
Date Filed: 04/17/2023
Accession No: 20230417-5178
Description: (Doc-less) Motion to Intervene of New Jersey Division of Rate Counsel under EL23-50.

80.   Filed By: Maryland Office of People's Counsel
Date Filed: 04/17/2023
Accession No: 20230417-5181
(Doc-less) Motion to Intervene of Maryland Office of People's Counsel under EL23-50.

81.   Filed By: The Office of the Ohio Consumers' Counsel
Date Filed: 04/17/2023
Accession No: 20230417-5215
Description: Comments of The Office of the Ohio Consumers' Counsel in Support of Complaint under EL23-50.

| Record Item No. | Description |
| --- | --- |

82.  Filed By: New Jersey Division of Rate Counsel Maryland People's Counsel Delaware Public Advocate
Date Filed: 04/17/2023
Accession No: 20230417-5218
Description: Comments of New Jersey Division of Rate Counsel et. al. in Support of the Independent Market Monitor's Complaint against PJM Interconnection, L.L.C. under EL23-50.

83.  Filed By: UGI Utilities Inc.
Date Filed: 04/17/2023
Accession No: 20230417-5075
(doc-less) Motion to Intervene of UGI Utilities Inc. under EL23-50

84.  Filed By: Exelon Corporation
Date Filed: 04/27/2023
Accession No: 20230427-5123
Description: Motion For Leave To Answer and Limited Answer of Exelon Corporation to the April 14, 2023 Comments of Public Citizen In Support of the Complaint under EL23-50.

85.  Filed By: Public Service Commission of West Virginia
Date Filed: 04/27/2023
Accession No: 20230427-5423
Description: Public Service Commission of West Virginia submits Motion for Leave to Comment Out of Time in Support of the Independent Market Monitor of PJM's Complaint under EL23-50

86.  Filed By: PJM Interconnection, L.L.C.
Date Filed: 04/27/2023
Accession No: 20230427-5442
Description: PJM Interconnection, L.L.C. submits Limited Reply Comments to the Comments filed by Public Citizen, Inc. in Response to the Complaint filed by Monitoring Analytics, LLC under EL23-50.

| **Record Item No.** | **Description** |
| --- | --- |

87.    Filed By: PUBLIC CITIZEN, INC
       Date Filed: 05/02/2023
       Accession No: 20230502-5116
       Description: Motion to Leave to Answer and Answer of Public
       Citizen, Inc. to April 27, 2023 Reply Comments of PJM
       Interconnection LLC under EL23-50.

88.    Filed By: Monitoring Analytics, LLC
       Date Filed: 05/02/2023
       Accession No: 20230502-5199
       Description: Answer and Motion for Leave to Answer of the
       Independent Market Monitor for PJM Interconnection, L.L.C. under
       EL23-50.

89.    Filed By: Individual No Affiliation
       Date Filed: 05/11/2023
       Accession No: 20230511-5061
       Description: McNees Wallace & Nurick LLC submits Request to
       Update Service List under EL23-8, et al.

90.    Issued By: SECRETARY OF THE COMMISSION,
       FERC COMMISSIONERS AND IMMEDIATE STAFF (THE
       COMMISSION)
       Date Filed: 03/01/2024
       Accession No: 20240301-3057
       Description: Order Denying Complaints re Public Service
       Commission of West Virginia et al. v. PJM Interconnection, L.L.C.
       Cmmr. Christie is concurring in the result in Docket No. EL23-45-000
       and dissenting in Docket No. EL23-50-000 with a separate statement
       attached.

| **Record Item No.** | **Description** |
|---|---|

91.    Filed By: Monitoring Analytics, LLC
Date Filed: 03/29/2024
Accession No: 20240329-5483
Description: Monitoring Analytics, LLC, acting as the Independent Market Monitor for PJM submits Request for Rehearing of the March 1, 2024 Order under EL23-50.

92.    Issued By: SECRETARY OF THE COMMISSION, FERC
Date Filed: 04/29/2024
Accession No: 20240429-3039
Description: Notice of Denial of Rehearing by Operation of Law re Public Service et al. Commission of West Virginia v. PJM Interconnection, L.L.C. under EL23-50.


In witness whereof I have hereunto subscribed and caused the seal of the Federal Energy Regulatory Commission to be affixed this 11th day of October 2024, at Washington, DC.


/s/ *Debbie-Anne A. Reese*

Debbie-Anne A. Reese,
Secretary.

*Independent Market Monitor for PJM v. FERC*
<u>D.C. Cir. No. 24-1164</u>

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on October 11, 2024, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

<u>*/s/ Jason T. Perkins*</u>
Jason T. Perkins
Attorney

Federal Energy Regulatory Commission
888 First Street, NE
Washington, DC 20426
Telephone: (202) 502-6413
Email: jason.perkins@ferc.gov

October 11, 2024