NOT YET SCHEDULED FOR ORAL ARGUMENT

**UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| Independent Market Monitor for PJM,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>Federal Energy Regulatory Commission,<br><br>　　　　Respondent. | Case No. 24-1164 |

**MOTION TO CORRECT JOINT APPENDIX**

Pursuant to Rule 27 of the Federal Rules of Appellate Procedure and Circuit Rule 27, Petitioner Monitoring Analytics, LLC, acting in its capacity as the Independent Market Monitor for PJM, moves to correct the deferred Joint Appendix filed in this proceeding on April 11, 2025 (CMF #2110583). Petitioner notified the other parties that it would file this motion, and none have indicated opposition.

Petitioner will file the Corrected Joint Appendix on April 21, 2025, and requests that it be accepted on that date. The Joint Appendix that needs correction was filed prior to the April 17, 2025, deadline included in the briefing schedule.

Accepting the Corrected Joint Appendix facilitates consistent and accurate citations in the final briefs when they are filed.

Petitioner requests that the Court grant this motion.

Respectfully submitted,

*[signature: Jeffrey Mayes]*

Jeffrey W. Mayes
General Counsel
Monitoring Analytics, LLC
2621 Van Buren Avenue, Suite 160
Eagleville, Pennsylvania 19403
(610) 271-8053
*jeffrey.mayes@monitoringanalytics.com*

Dated: April 18, 2025

**CERTIFICATE OF SERVICE**

In accordance with Fed. R. App. P. 25(d), I hereby certify that on April 18, 2025, I filed the foregoing docketing statement through the Court's CM/ECF system, which will send a notice of filing to all registered CM/ECF users.

    Respectfully submitted,

    */s/ Jeffrey Mayes*

    Jeffrey W. Mayes
    General Counsel
    Monitoring Analytics, LLC
    2621 Van Buren Avenue, Suite 160
    Eagleville, Pennsylvania 19403
    (610) 271-8053
    *jeffrey.mayes@monitoringanalytics.com*