# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 24-1164** **September Term, 2025**

FILED ON: DECEMBER 30, 2025

INDEPENDENT MARKET MONITOR FOR PJM,
PETITIONER

v.

FEDERAL ENERGY REGULATORY COMMISSION,
RESPONDENT

DOMINION ENERGY SERVICES, INC., ET AL.,
INTERVENORS

---

On Petition for Review of an Order of the
Federal Energy Regulatory Commission

---

Before: HENDERSON and KATSAS, *Circuit Judges*, and EDWARDS, *Senior Circuit Judge*

## J U D G M E N T

This cause came to be heard on the petition for review of an order of the Federal Energy Regulatory Commission and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the petition for review is dismissed for lack of jurisdiction, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/

Daniel J. Reidy
Deputy Clerk

Date: December 30, 2025

Opinion for the court filed by Circuit Judge Henderson.
Opinion concurring in the judgment filed by Senior Circuit Judge Edwards.